DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN EHLERS,**
Appellant,

v.

**CARRIAGE HILLS CONDOMINIUM, INC.** and **THE CITY OF HOLLYWOOD,**
Appellees.

No. 4D16-1891

[November 8, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 10-30972 CACE (12).

Jonathan Mann and Robin Bresky of Law Offices of Robin Bresky, Boca Raton, for appellant.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee Carriage Hills Condominium, Inc.

Laura K. Wendell and Elizabeth K. Coppolecchia of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee The City of Hollywood.

PER CURIAM.

*Affirmed. See Arp v. Waterway E. Ass'n,* 217 So. 3d 117 (Fla. 4th DCA 2017).

WARNER, LEVINE, JJ., and BUCHANAN, LAURIE E., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***